PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Chucquan Winstead  Cr.:09-CR-0218 (JAG)
PACTS Number: 20780

Name of Sentencing Judicial Officer: Honorable Terrence Boyle, Chief U.S. District Judge (ED/NC)

Date of Original Sentence: 3/18/99

Original Offense: Bank Robbery & Carry Firearm in Crime of Violence

Original Sentence: 132 months prison, 5 years supervised release

Type of Supervision: Supervised release          Date Supervision Commenced: 9/17/08

On March 27, 2009, the Honorable Joseph A. Greenaway, U.S. District Judge, District of New Jersey accepted jurisdiction of this matter.

## PETITIONING THE COURT

[X]  To modify the conditions of supervision as follows. The addition of the following special conditions:

The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.

## CAUSE

The offender has recently used Marijuana. He has suffered from depression in the past, and he is seeking services to address his mental health issues.

Respectfully submitted,



By: Thomas Stone
Senior U.S. Probation Officer

Date: 4/1/09

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

4-20-09
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

## Waiver of Hearing to Modify Conditions
## of Supervised Release

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

To modify the conditions of supervision as follows. The addition of the following special conditions:

The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.

Witness: _____  Signed: _____
Senior U.S. Probation Officer              Supervised Releasee
Thomas Stone                               Chucquan Winstead

4-1-09
DATE